### BEFORE THE UNITED STATES JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

| | |
|---|---|
| In re: | ) MDL NO. |
| | ) |
| **CAPITAL ONE CONSUMER DATA** | ) |
| **SECURITY BREACH LITIGATION** | ) |

### PLAINTIFF'S MOTION FOR TRANSFER OF ACTIONS TO THE WESTERN DISTRICT OF WASHINGTON AND FOR CONSOLIDATION PURSUANT TO 28 U.S.C. § 1407

Michael Fadullon Plaintiffs in the case styled *Fadullon v. Capital One Financial Corporation et al.*, U.S. District Court for the Western District of Washington, Case No. 2:19-cv-01189, hereby moves for an Order for transfer and consolidation pursuant to 28 U.S.C. § 1407 for the civil actions listed in the Schedule of Actions filed concurrently herewith. For the reasons set forth herein and in Plaintiff's accompanying Memorandum in Support, Plaintiff respectfully requests the Panel to issue an Order transferring the five actions listed in the accompanying Schedule of Actions, as well as all subsequently filed related actions, to the U.S. District Court for the Western District of Washington for coordinated or consolidated pretrial proceedings.

|  |  |
|---|---|
|  | Respectfully submitted, |
| Dated: July 30, 2019 | **KELLER ROHRBACK L.L.P.** |
|  | */s/ Cari Campen Laufenberg* |
|  | Cari Campen Laufenberg |
|  | Lynn Lincoln Sarko |
|  | T. David Copley |
|  | 1201 Third Avenue, Suite 3200 |
|  | Seattle, WA 98101 |
|  | Tel: (206) 623-1900 |
|  | Fax: (206) 623-3384 |
|  | claufenberg@kellerrohrback.com |
|  | lsarko@kellerrohrback.com |
|  | dcopley@kellerrohrback.com |

Christopher Springer, *pro hac vice forthcoming*
801 Garden Street, Suite 301
Santa Barbara, CA 93101
Tel: (805) 456-1496
Fax: (805) 456-1497
cspringer@kellerrohrback.com

**AHDOOT & WOLFSON, PC**

Tina Wolfson
Theodore Maya
Bradley K. King
Ruhandy Glezakos
10728 Lindbrook Drive
Los Angeles, CA 90024
Tel: (310) 474-9111
Fax: (310) 474-8585
twolfson@ahdootwolfson.com
tmaya@ahdootwolfson.com
bking@ahdootwolfson.com
rglezakos@ahdootwolfson.com

*Counsel for Plaintiff Michael Fadullon*