BEFORE THE UNITED STATES JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

| | | |
|---|---|---|
| In re CAPITAL ONE CONSUMER DATA SECURITY BREACH LITIGATION | ) ) ) | MDL No. 2915 |

NOTICE OF RELATED ACTION

Pursuant to Rule 6.2 of the Rules of Procedure of the United States Judicial Panel on Multidistrict Litigation ("JPML"), the undersigned counsel hereby notify the Clerk of the JPML of the following related action that was filed after the initial motion to transfer in this case:

| Case Name | Case No. | Court | Judge |
|---|---|---|---|
| *Emanuyel Aminov v. Capital One Financial Corporation, Capital One Bank (USA), N.A., and Capital One, N.A.* (the "*Aminov* action") | 1:19-cv-01006 | Eastern District of Virginia (Alexandria Division) | Judge Rossie D. Alston, Jr |

A schedule of actions is attached hereto as **Exhibit A**. An Affidavit of Service is attached hereto as **Exhibit B**. A copy of the *Aminov* action complaint and docket sheet are attached hereto as **Exhibit C**.

The *Aminov* action involves common questions of law and fact with the action filed by moving plaintiff in these proceeding.

Plaintiff Emanuyel Aminov respectfully submits that the above-referenced action be considered as a related action for purposes of this pending multidistrict litigation.

DATED: August 7, 2019

ROBBINS GELLER RUDMAN
 & DOWD LLP
STUART A. DAVIDSON
CHRISTOPHER C. GOLD
DOROTHY P. ANTULLIS

*s/ Stuart A. Davidson*
STUART A. DAVIDSON

120 East Palmetto Park Road, Suite 500
Boca Raton, FL 33432
Telephone: 561/750-3000
561/750-3364 (fax)

ROBBINS GELLER RUDMAN
   & DOWD LLP
MARK S. REICH
Mreich@Rgrdlaw.Com
58 South Service Road, Suite 200
Melville, NY 11747
Telephone: 631/367-7100
631/367-1173 (fax)

SILVERMAN THOMPSON SLUTKIN
   & WHITE LLC
JODIE E. BUCHMAN
PIERCE C. MURPHY
201 N. Charles Street, 26th Floor
Baltimore, MD 21201
Telephone: 410/385-2225
410/547-2432 (fax)

COHEN & MIZRAHI, LLP
DANIEL C. COHEN
EDWARD Y. KROUB
300 Cadman Plaza W., 12th Floor
Brooklyn, NY 11201
Telephone: 929/575-4175
929/575-4195 (fax)

*Attorneys Plaintiff  Emanuyel Aminov*