# EXHIBIT A

## BEFORE THE UNITED STATES JUDICIAL PANEL ON
## MULTIDISTRICT LITIGATION

In re CAPITAL ONE CONSUMER DATA   )   MDL No. 2915
SECURITY BREACH LITIGATION         )
                                      )

## SCHEDULE OF RELATED ACTION

| Case Name | Case No. | Court | Judge |
|---|---|---|---|
| *Emanuyel Aminov v. Capital One Financial Corporation, Capital One Bank (USA), N.A., and Capital One, N.A.* (the "*Aminov* action") | 1:19-cv-01006 | Eastern District of Virginia (Alexandria Division) | Judge Rossie D. Alston, Jr |

DATED:  August 7, 2019

ROBBINS GELLER RUDMAN
  & DOWD LLP
STUART A. DAVIDSON
CHRISTOPHER C. GOLD
DOROTHY P. ANTULLIS


*s/ Stuart A. Davidson*
STUART A. DAVIDSON
120 East Palmetto Park Road, Suite 500
Boca Raton, FL 33432
Telephone: 561/750-3000
561/750-3364 (fax)

ROBBINS GELLER RUDMAN
  & DOWD LLP
MARK S. REICH
Mreich@Rgrdlaw.Com
58 South Service Road, Suite 200
Melville, NY 11747
Telephone: 631/367-7100
631/367-1173 (fax)

SILVERMAN THOMPSON SLUTKIN
   & WHITE LLC
JODIE E. BUCHMAN
PIERCE C. MURPHY
201 N. Charles Street, 26th Floor
Baltimore, MD 21201
Telephone: 410/385-2225
410/547-2432 (fax)

COHEN & MIZRAHI, LLP
DANIEL C. COHEN
EDWARD Y. KROUB
300 Cadman Plaza W., 12th Floor
Brooklyn, NY 11201
Telephone: 929/575-4175
929/575-4195 (fax)

*Attorneys Plaintiff  Emanuyel Aminov*