# EXHIBIT B

# BEFORE THE UNITED STATES JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

| | |
|---|---|
| In re CAPITAL ONE CONSUMER DATA SECURITY BREACH LITIGATION ) ) ) | MDL No. 2915 |

## PROOF OF SERVICE

In compliance with Rule 4.1(a) of the Rules of Procedure for the United States Judicial Panel on Multidistrict Litigation, I hereby certify that a true and correct copy of the foregoing Notice of Related Action and Schedule of Action have been electronically filed with the Judicial Panel on Multidistrict Litigation on August 7, 2019 by using the CM/ECF system, which will send notice of electronic filing to all parties of record, and a copy of the foregoing Notice of Related Action and Schedule of Action were served via First Class Mail on the following:

> CAPITAL ONE FINANCIAL CORPORATION
> Corporation Service Company, Registered Agent
> 100 Shockoe Slip, Floor 2
> Richmond, VA 23219
>
> CAPITAL ONE BANK (USA), N.A.
> 1680 Capital 1 Drive
> McLean, VA 2210
>
> CAPITAL ONE, N.A.
> Corporation Service Company, Registered Agent
> 100 Shockoe Slip, Floor 2
> Richmond, VA 23219
>
> *Defendants*

DATED: August 7, 2019

ROBBINS GELLER RUDMAN
  & DOWD LLP
STUART A. DAVIDSON
CHRISTOPHER C. GOLD
DOROTHY P. ANTULLIS

*s/ Stuart A. Davidson*
STUART A. DAVIDSON

120 East Palmetto Park Road, Suite 500
Boca Raton, FL 33432
Telephone: 561/750-3000
561/750-3364 (fax)

ROBBINS GELLER RUDMAN
   & DOWD LLP
MARK S. REICH
Mreich@Rgrdlaw.Com
58 South Service Road, Suite 200
Melville, NY 11747
Telephone: 631/367-7100
631/367-1173 (fax)

SILVERMAN THOMPSON SLUTKIN
   & WHITE LLC
JODIE E. BUCHMAN
PIERCE C. MURPHY
201 N. Charles Street, 26th Floor
Baltimore, MD 21201
Telephone: 410/385-2225
410/547-2432 (fax)

COHEN & MIZRAHI, LLP
DANIEL C. COHEN
EDWARD Y. KROUB
300 Cadman Plaza W., 12th Floor
Brooklyn, NY 11201
Telephone: 929/575-4175
929/575-4195 (fax)

*Attorneys Plaintiff  Emanuyel Aminov*