BEFORE THE UNITED STATES JUDICIAL PANEL
ON MULTI-DISTRICT LITIGATION

| IN RE: CAPITAL ONE CONSUMER DATA SECURITY BREACH LITIGATION | MDL No. 2915 |
|---|---|

## PROOF OF SERVICE

In compliance with JPML Rule 4.1(a), the undersigned hereby certifies that a copy of the foregoing *Notice of Related Action* was electronically served on August 19, 2019 to all parties who have appeared in this action via the Court's CM/ECF system including the following:

David L. Balser
KING & SPALDING LLP
1180 Peachtree Street, N.E.
Atlanta, Georgia 30309
Tel.: (404) 572-2782
Fax: (404) 572-5140
dbalser@kslaw.com

*Counsel for Defendants Capital One Financial Corporation, Capital One, N.A., and Capital One Bank (USA), N.A.*

Dated: August 19, 2019          Respectfully submitted,

By: */s/ Melissa R. Emert*
Melissa R. Emert
Howard T. Longman
6 East 45th St.-5th Floor
New York, NY 10017
Telephone: (212) 687-7230
Facsimile: (212)490-2022
memert@ssbny.com
hlongman@ssbny.com

*Counsel for Plaintiffs Aaron Saul Greenberg M.D.P.C., Emily Behar, Wendy Friedman and Molly S. Piesco*