BEFORE THE UNITED STATES JUDICIAL PANEL
ON MULTIDISTRICT LITIGATION

_____
:
IN RE: CAPITAL ONE CONSUMER       :   MDL No. 2915
DATA SECURITY BREACH               :
LITIGATION                                     :
_____:

## NOTICE OF RELATED ACTION

Please take notice that pursuant to Rule 6.2(d) of the Rules of Procedure of the United States Judicial Panel on Multidistrict Litigation ("JPML"), Plaintiffs, Michael Hoskinson-Short, Kassanra McKown, Patrick Soto, Michal J. Hauser, Dorothy E. Hauser, Julio Vera, Brendy Wolfram, Ernesto De La Fe, Timothy M. Hayden, Necrotizing Fasciitis Foundation Lindsay Welch, and Juan Hernandez (collectively, "Hoskinson-Short Plaintiffs") hereby notify the Clerk of the JPML of the following related action:

| Case Name | Case No. | District Court | Judge |
|---|---|---|---|
| Michael Hoskinson-Short, Kassanra McKown, Patrick Soto, Michal J. Hauser, Dorothy E. Hauser, Julio Vera, Brendy Wolfram, Ernesto De La Fe, Timothy M. Hayden, Necrotizing Fasciitis Foundation Lindsay Welch, Juan Hernandez v. Capital One Financial Corporation, Capital One, N.A., Capital One Bank (USA), N.A., Amazon.com, Inc., Amazon Web Services, Inc. | 2:19-cv-01218 | Western District of Washington (Seattle) | Judge Ricardo S. Martinez |

A schedule of action is attached hereto as Exhibit A. A Proof of Service is attached hereto as Exhibit B. A copy of the *Hoskinson-Short* complaint and docket sheet are attached hereto as Exhibit C.

The *Hoskinson-Short* action involves common questions of law and fact with the action filed by moving plaintiffs in these proceedings.

Plaintiffs in the *Hoskinson-Short action* respectfully submit that the above referenced action be considered as a related action for purposes of this pending multidistrict litigation.

Dated: August 26, 2019

Respectfully Submitted,

*/s/ Joshua H. Grabar*
Joshua H. Grabar, Esq.
**Grabar Law Office**
1735 Market Street, Suite 3750
Philadelphia, PA 19103
Tel.: 267-507-6085
Fax.: 267-507-6048
Email: jgrabar@grabarlaw.com

Roger M. Townsend, Esq.
**Breskin Johnson & Townsend PLLC**
1000 Second Avenue, Suite 3670
Seattle, WA  98104
Tel: (206) 652-8660
Fax: (206) 652-8290
Email: rtownsend@bjtlegal.com

Marc H. Edelson
**Edelson & Associates, LLC**
3 Terry Drive, Suite 205
Newtown, PA 18940
Tel: (215) 867-2399
Fax: (267) 685-0676
Email: medelson@edelson-law.com

*Counsel for Plaintiffs, Michael Hoskinson-Short, Kassanra McKown, Patrick Soto, Michal J. Hauser, Dorothy E. Hauser, Julio Vera, Brendy Wolfram, Ernesto De La Fe, Timothy M. Hayden, Necrotizing Fasciitis Foundation Lindsay Welch, and Juan Hernandez*