UNITED STATES JUDICIAL PANEL
on
MULTIDISTRICT LITIGATION

FIRST AMENDMENT TO THE HEARING SESSION ORDER
AND ATTACHED SCHEDULE FILED AUGUST 15, 2019

IT IS ORDERED that the Hearing Session Order and attached Schedule for the hearing session on September 26, 2019, in Los Angeles, California, filed by the Judicial Panel on Multidistrict Litigation on August 15, 2019, are amended to update the following matters on Section A of the Schedule.

MDL No. 2915 -   **IN RE: Capital One Consumer Data Security Breach Litigation:**

Eastern District of Virginia:

Baird v. Capital One Financial Corporation, et al
Strike ~~C.A. No. 1:19-00979~~ and insert C.A. No. 3:19-00585
McDonough v. Capital One Financial Corporation et al
Strike ~~C.A. No. 1:19-00984~~ and insert C.A. No. 3:19-00595
Anthony v. Capital One , N.A. et al
Strike ~~C.A. No. 1:19-00993~~ and insert C.A. No. 3:19-00608

MDL No. 2918 - **IN RE: Hard Disk Drive Suspension Assemblies Antitrust Litigation**

Eastern District of Michigan:

Integrity Financial Services of Tampa Bay Inc. et al v. NHK Spring Co. Ltd. et al
Strike ~~C.A. No. 2:19-12258~~ and insert C.A. No. 3:19-12258
CMP Consulting Services, Inc. v. NHK Spring Co. Ltd. et al
Strike ~~C.A. No. 2:19-12337~~ and insert C.A. No. 3:19-12337

FOR THE PANEL:

John W. Nichols
Clerk of the Panel