IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | | |
|---|---|---|
| IN RE: CAPITAL ONE CONSUMER | ) | |
| DATA SECURITY BREACH LITIGATION | ) | MDL No. 1:19md2915 (AJT/JFA) |
| | ) | |

This Document Relates to ALL Cases

## PRETRIAL ORDER #2
### Appointing Defendants' Lead Counsel

Pursuant to Section 4 of the Initial Order, Pretrial Order #1, issued by this Court on November 1, 2019 [Doc. 3], the Court has received the Notice of Proposal of Defendants' Lead Counsel [Doc. 31] (the "Notice"). Upon consideration of Notice, it is hereby

ORDERED that the following be, and the same hereby is, appointed and shall serve as Defendants' Lead Counsel:

1. David L. Balser, Esq.,
   King & Spalding LLP,
   1180 Peachtree Street, N.E.,
   Atlanta, Georgia 30309;

and it is further

ORDERED that the following be, and the same hereby are, appointed and shall serve as Defendants' Local Counsel:

1. Robert Angle, Esq.,
   Troutman Sanders LLP,
   1001 Haxall Point,
   Richmond, VA 23219;

2. Mary C. Zinsner, Esq.
   Troutman Sanders LLP,
   401 9th Street, NW. Suite 1000,
   Washington, D.C. 20004.

The Clerk is directed to forward copies of this Order to all counsel of record.

/s/
_____
Anthony J. Trenga
United States District Judge

November 12, 2019
Alexandria, Virginia